No. 91–1519. COSTELLO v. MCENERY ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–1672. BIODEX CORP. v. LOREDAN BIOMEDICAL, INC., ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–7972. JONES v. AT&T TECHNOLOGIES, INC. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–1405. OPTIMAL DATA CORP. v. UNITED STATES, 503 U. S. 986;

No. 91–1457. PIOTROWSKI ET AL. v. CITY OF CHICAGO, 503 U. S. 986;

No. 91–7026. COVILLION v. AETNA LIFE & CASUALTY ET AL., 503 U. S. 922;

No. 91–7264. IN RE JARVI, 503 U. S. 982;

No. 91–7298. WICKLIFFE v. AIKEN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, ET AL., 503 U. S. 974;

No. 91–7520. FITE v. CANTRELL ET AL., 503 U. S. 1007; and

No. 91–7532. MEYER v. MEYER (two cases), 503 U. S. 993. Petitions for rehearing denied.

JUNE 11, 1992

No. 91–7864. LOPEZ-GIL v. UNITED STATES. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.

JUNE 15, 1992

No. 91–7295. KYLE v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. Shano, 955 F. 2d 291 (CA5 1992) (withdrawing United States v. Shano, 947 F. 2d